(Republished)

■ FRANCES NASH, Individually and as Executrix of EDWARD M. NASH, Deceased, Respondent, v. MAX FRANK, Individually and as Executor of LOUIS B. FRANK, Deceased, et al., Appellants, et al., Defendant.— Judgment and orders so far as appealed from unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAMON SERRA.— In view of the seriousness of the criminal charge against defendant and the imminence of the trial, the technical defects have been disregarded and the application considered on the merits. The motion for a stay is granted upon condition that appellant perfects his appeal for argument or submission on June 10, 1958, by filing the original record and six typewritten copies of the appellant's points with proof of service of one copy thereof upon the district attorney, Bronx County, on or before June 2, 1958, with notice of argument for June 10, 1958. In the event movant complies with this condition, the district attorney is to file six typewritten copies of respondent's points on or before June 9, 1958, with proof of service of one copy thereof upon the attorneys for the appellant. The request to dismiss the appeal contained in the opposing affidavit submitted by the district attorney is denied, without prejudice to a renewal either by formal motion or upon the argument of the appeal. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

## (May 29, 1958)

■ In the Matter of INDUSTRIAL COMMISSIONER OF STATE OF NEW YORK, Respondent, against NATIONAL PLASTIKWEAR FASHIONS, INC., Judgment-Debtor, and HARRY I. GREENE, Appellant.— Motion for leave to reargue or for resettlement etc. denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ In the Matter of INDUSTRIAL COMMISSIONER OF STATE OF NEW YORK, Respondent, against NATIONAL PLASTIKWEAR FASHIONS, INC., Judgment-Debtor, and HARRY I. GREENE, Appellant.— Motion denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ FRANK C. TERMINI, as Receiver, v. JOHN ARTHUR EXHIBITIONS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of H. A. JOHNSON CO., INC. against LAWRENCE E. GEROSA, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ BLANCHE MAILLOUX v. QUAIL'S INC., et al.— Motion for leave to reargue appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ SUSSMAN VOLK CO., INC. v. DELAINE, LTD., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated May 2, 1958, is vacated. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ GRESTER REALTY CORP. v. TRU-MAID HAT CO., INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ PAT JRS., INC., v. FRANK SHAPIRO, Individually and Doing Business as FRANK SHAPIRO SPORTSWEAR.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.